United States District Court
Southern District of Texas
**ENTERED**
January 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| YESENIA ALANIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-00197 |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Now before the Court is the Parties' Joint Stipulation of Dismissal. (Dkt. No. 12). After reviewing the Stipulation, the Court finds that it complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, **ORDERED** that:

1.    All of Plaintiff Yesenia Alaniz's claims against Defendant Home Depot U.S.A., Inc. are **DISMISSED WITH PREJUDICE**;

2.    All expenses and costs of court will be paid by the party incurring the same; and

3.    The Clerk is directed to close this case.

SO ORDERED January 9, 2023, at McAllen, Texas.

Randy Crane
Chief United States District Judge